AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States of America
was received by me on *(date)* 05/27/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mary Lynn Yamada , who is
designated by law to accept service of process on behalf of *(name of organization)*
the United States Attorney for the District of the NMI on *(date)* 05/27/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* On May 27, 2022, I also sent a copy of the summons and complaint by certified mail to the Attorney General of the United States at Washington, D.C.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/27/2022

*Server's signature*

JOSEPH E. HOREY
*Printed name and title*

200 Marianas Business Plaza
1 Nauru Loop, Susupe, Saipan, CNMI

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Northern Mariana Islands

| | |
|---|---|
| ANDREW SABLAN SALAS<br><br>*Plaintiff(s)*<br>v.<br><br>UNITED STATES OF AMERICA<br><br>*Defendant(s)* | Civil Action No. **CV 22-00008** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
Washington, DC

**RECEIVED**
MAY 27 2022
Clerk, U.S. District Court
for the Northern Mariana Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph E. Horey
Banes Horey Berman & Miller, LLC
200 Marianas Business Plaza
1 Nauru Loop, Susupe, Saipan, CNMI

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **MAY 27 2022**

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

COPY