# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

**FILED**
Clerk
District Court
DEC 16 2022
for the Northern Mariana Islands
By _____
(Deputy Clerk)

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 1:22-cv-00008

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/27/2022

Date of judgment or order you are appealing: 11/17/2022

Docket entry number of judgment or order you are appealing: 11

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes  ◯ No  ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Andrew Sablan Salas

Is this a cross-appeal? ◯ Yes  ⦿ No

If yes, what is the first appeal case number? 

Was there a previous appeal in this case? ◯ Yes  ⦿ No

If yes, what is the prior appeal case number? 

Your mailing address (if pro se):

City:    State:    Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: [signature]    Date: 12/16/2022

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Andrew Sablan Salas

Name(s) of counsel (if any):
Joseph E. Horey

Address: PO Box 501969 Saipan MP 96950
Telephone number(s): 670-234-5684
Email(s): jhorey@pacificlawyers.law

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
United States of America

Name(s) of counsel (if any):
Mikel W. Schwab, United States Attorney

Address: Suite 500 Sirena Plaza, 108 Hernan Cortez Av., Hagatna GU 96910
Telephone number(s): 671-472-7332
Email(s): mikel.schwab@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                                              2                                                     New 12/01/2018